# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1287**  **September Term, 2023**

**NLRB-07CA231802,NLRB-07CA24
5744, NLRB-07CA252759**

**Filed On:** May 23, 2024

J.G. Kern Enterprises, Inc.,

       Petitioner

    v.

National Labor Relations Board,

       Respondent

------------------------------

Consolidated with 22-1293

> **BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

    Upon consideration of petitioner's petition for rehearing en banc, the supplement, the response thereto, and the absence of a request by any member of the court for a vote, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

         BY:   /s/
                   Daniel J. Reidy
                   Deputy Clerk